# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL A. IBRAHIM,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.: CV 18-9511-DMG (AGRx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal of the Plaintiff and Defendant, by and through their respective attorneys of record, this Court hereby dismisses the action with prejudice. Each party will bear its own fees and costs.

**IT IS SO ORDERED.**

DATE: September 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE